UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY GLENN DAVENPORT,

    Petitioner,

v.                             Case No: 10-13567

LLOYD RAPELJE,

    Respondent.
                                /

## JUDGMENT

In accord with the court's "Opinion and Order," dated May 28, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent, Lloyd Rapelje, and against Petitioner, Rodney Glenn Davenport.

Dated at Detroit, Michigan, this 28th day of May, 2013.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                    BY: S/Lisa Wagner
                                          Lisa Wagner, Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland